# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN'S SUIT OULET, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania corporation authorized to do business in the State of California; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois corporation authorized to do business in the State of California; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21−cv−08735−DSF−PVC(x)<br>Hon. Judge Dale S. Fischer<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation re Dismissal with Prejudice filed by Plaintiff MEN'S SUIT OULET, INC. and Defendant AMGUARD INSURANCE COMPANY, and good cause appearing, this case is dismissed ***with prejudice,*** with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 12, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1

ORDER RE DISMISSAL WITH PREJUDICE

1  Submitted By:
   WESTON & AGNESS LLP
2  Richard C. Weston (State Bar No. 126491)
   Wynn C. Kaneshiro (State Bar No. 166683)
3  1960 E. Grand Avenue, Suite 400
   El Segundo, California 90017
4  Telephone:  (213) 596-8000
   Facsimile:  (213) 596-8039
5  E-mail:     rweston@westonagnesslaw.com;
               wkaneshiro@westonagnesslaw.com
6
   Attorneys for Defendant
7  **AMGUARD INSURANCE COMPANY**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28